IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHILIP GEORGE STAHL,

      Plaintiff,                          Case No. 2:14-cv-12497
                                              Hon. Matthew F. Leitman

vs

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.
_____/

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
### FOR ATTORNEY FEES PURSUANT TO 42 USC § 406(b)

This matter is before this Court on Plaintiff's Counsel's Motion for Authorization of Attorney Fees Pursuant to 42 USC § 406(b). Defendant has indicated that it will not oppose the motion and Plaintiff had not filed objections despite notice of his right to do so. Accordingly, the Court being duly advised, now GRANTS the motion.

**IT IS HEREBY ORDERED** that attorney fees shall be allowed in this case pursuant to 42 USC § 406(b), in the amount of $8,915.00, to be paid directly to plaintiff's counsel. Once that fee is received, counsel shall refund to plaintiff an amount equal to the fee previously granted by the Court pursuant to the Equal

Access to Justice Act (EAJA), $2,228.75, in accordance with Section 206 of Pub. L. 96-481, as amended by Pub. L. 99-80, § 3, Aug. 5, 1985, 99 Stat. 186.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 27, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 27, 2015, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113